**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ First _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: ROBINSON, HUEY        JOINT DEBTOR: ROBINSON, LISA        CASE NO.: 20-14043-EPK

SS#: xxx-xx-1486              SS#: xxx-xx-0709

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ | ☐ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ■ |
| Nonstandard provisions, set out in Section IX | ■ | ☐ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $490.08 for months 1 to 20;
2. $688.00 for months 21 to 60;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $5,550.00 | Total Paid: | $290.00 | Balance Due: | $5,260.00 |
|---|---|---|---|---|---|
| Payable | $236.75 | /month (Months | 1 to 20 ) | | |
| Payable | $525.00 | /month (Months | 21 to 21 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4500 + Motion to Value $525 + $525 MTM = $5,550

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS    ☐ NONE

**A. SECURED CLAIMS:**    ■ NONE

**B. VALUATION OF COLLATERAL:**    ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:**    ■ NONE

**2. VEHICLES(S):**    ☐ NONE

| 1. Creditor: Huntington National Bank<br>Address: PO Box 340996<br>Columbus, OH 43234<br><br>Last 4 Digits of Account No.: 2128<br>VIN: 2C4RC1EGXHR810814<br>Description of Collateral:<br>2017 Chrysler Pacifica<br><br>Check one below:<br>■ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: $22,075.00<br>Amount of Creditor's Lien: $31,288.83<br><br>Interest Rate: 4.00% | **Payment**<br>Total paid in plan: $24,392.40<br><br>$221.28 /month (Months 1 to 20)<br>$100.45 /month (Months 21 to 21)<br>$509.40 /month (Months 22 to 60) |

3. **PERSONAL PROPERTY:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtors(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | University of IL Community Credit Union | 7968 | 2017 Dodge Grand Caravan<br>VIN: 2C4RDGBG5HR562623 |
| 2. | Bank OZK | 8851 | 2014 Thor Motor Coach Palazzo M-33.3<br>VIN: 4UZAAJDTXECFW5792 |

E. **DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtors(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | First Financial Bank | 6099 | 2017 Ford Transit<br>VIN: 1FBZX2YM7HKA68483 |
| 2. | BSI Financial Services | 0780 | 4947 NE 124th Rd. Oxford, FL 34484 |
| 3. | Sumter County Tax Collector | | 4947 NE 124th Rd. Oxford, FL 34484 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ☐ NONE

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

B. **INTERNAL REVENUE SERVICE:** ■ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

A. Pay $116.05 /month (Months 22 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Debtor(s): ROBINSON, HUEY, ROBINSON, LISA   Case number: 20-14043-EPK

    B.  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C.  <u>SEPARATELY CLASSIFIED:</u>  ■ NONE

**VI.**  <u>STUDENT LOAN PROGRAM</u>  ■ NONE

**VII.**  <u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>  ■ NONE

**VIII.**  <u>INCOME TAX RETURNS AND REFUNDS:</u>  ☐ NONE

    ■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**IX.**  <u>NON-STANDARD PLAN PROVISIONS</u>  ☐ NONE

    ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

    Debtors have a potential claim against Bank OZK. The Debtors will seek approval of any settlement. In the event the Debtors recovers any non-exempt proceeds from their claim, those proceeds will be placed in the Debtor's attorney's trust account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims, unless otherwise stated.

    ☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Huey Robinson | Debtor | November 8, 2021 | /s/ Lisa Robinson | Joint Debtor | November 8, 2021 |
|---|---|---|---|---|---|
| ROBINSON, HUEY | | Date | ROBINSON, LISA | | Date |

_____  _____
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**