UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  20-14043-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

HUEY GREGORY ROBINSON
XXX-XX-1486
LISA ANN ROBINSON
XXX-XX-0709

DEBTORS_____/

### NOTICE OF WITHDRAWAL OF MOTION AND CANCELLATION OF HEARING

### *** (Hearing Set for 12/14/2021 is cancelled) ***

**PLEASE TAKE NOTICE** that Robin R. Weiner, Esquire, Standing Chapter 13 Trustee hereby withdraws her Motion to Dismiss or in the Alternative Convert Case to Chapter 7, said motion having been made moot. The hearing set for December 14, 2021 at 1:00 pm on said motion is hereby cancelled.

**RESPECTFULLY SUBMITTED** this 15th day of December, 2021.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**COPIES FURNISHED TO:**

**DEBTORS**
HUEY GREGORY & LISA ANN ROBINSON
1212 SW PELICAN CRESCENT
PALM CITY, FL  34990

**ATTORNEY FOR DEBTORS**
EDWARD N. PORT, ESQUIRE
2161 PALM BEACH LAKES BLVD
SUITE 202
WEST PALM BEACH, FL  33409